MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-018 WHO |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| TYLER WILLIAM ABBOTT, et al, | |
| Defendants. | |

On April 9, 2015, at 1:30 p.m., defendants Tyler William ABBOTT, Erick Omar RODRIGUEZ and David Yanez GASTELUM appeared before the District Court through counsel. At that hearing, the government explained that it has been in negotiations with counsel for defendants in this case and the companion case, <u>United States v. Peter Jackson</u>, CR 15-017 WHO. The government further stated that it has additional evidence to produce to the defendants and that this production has been delayed due to technological difficulties processing the evidence. Defense counsel require time to review and assess this evidence and to discuss potential resolutions with their clients. For these reasons, the parties agreed that time should be excluded from April 9, 2015 to May 28, 2015 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER EXCLUDING TIME
CR 15-018 WHO

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: April ____, 2015                                  Respectfully submitted,

                                                         MELINDA HAAG
                                                         United States Attorney


                                                         _____/s/_____
                                                         FRANK J. RIEBLI
                                                         Assistant United States Attorney


                                                         _____
                                                         GEOFFREY HANSEN
                                                         Attorney for Tyler Abbott


                                                         __/s/ Frank Riebli w/ permission__
                                                         JAI GOHEL
                                                         Attorney for Erick Rodriguez


                                                         __/s/ Frank Riebli w/ permission__
                                                         JAMES THOMSON
                                                         Attorney for David Gastelum

For the reasons stated above, the Court finds that the exclusion of time from April 9, 2015 through and including May 28, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: May 22, 2015                                      _____
                                                         HONORABLE WILLIAM H. ORRICK
                                                         United States District Judge